# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148900

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                              SC: 148900
                                              COA: 318854

JUSTIN TIMOTHY COMER,
       Defendant-Appellant.
                                              St Clair CC: 11-001804-FC

_____/

On order of the Court, the application for leave to appeal the January 27, 2014 order of the Court of Appeals is considered. We DIRECT the St. Clair County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.

YOUNG, C.J. (*concurring*).

I concur in the decision to direct the prosecutor to respond to the application for leave to appeal and would further ask the prosecutor to address whether there is a temporal limit on the circuit court's ability to correct an invalid judgment of sentence. See MCR 6.429(A).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2014



s0930
                                             Clerk